**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Marilyn J. Crowell                          CHAPTER 13
<u>Debtor(s)</u>
                                                   BKY. NO. 20-13138 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

                              Respectfully submitted,

                              /s/ Rebecca A. Solarz
                              Rebecca Solarz
                              04 Aug 2020, 17:50:44, EDT

                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322