United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marilyn J Crowell  
    Debtor

Case No. 20-13138-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Pamela               Page 1 of 1         Date Rcvd: Aug 21, 2020
                            Form ID: 152               Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2020.
```
db            +Marilyn J Crowell,    207 Sunnybrook Rd,    Springfield, PA 19064-3241
14523205      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
14523206      +Citi/L.L. Bean,    Attn: Bankruptcy,    Po Box 6742,    Sioux Falls, SD 57117-6742
14523207       Delaware County Tax Claim Bureau,    Government Ctr Bldg, Front St,    Media, PA 19063
14523208      +First National Bank of Omaha,    Attn: Bankruptcy,    Po Box 3128,    Omaha, NE 68103-0128
14524131     ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
               (address filed with court: First National Bank of Omaha,    1620 Dodge Street, Stop Code 3129,
                 Omaha, Nebraska 68197)
14526704      +PNC BANK NATIONAL   ASSOCIATION,    C/O KML Law Group,    Rebecca A Solarz, Esq.,
                701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14523209      +PNC Bank,    Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,    Cleveland, OH 44101-4982
14523210      +Pnc Mortgage,    Attn: Bankruptcy,    Po Box 8819,    Dayton, OH 45401-8819
14523211      +Springfield School District,    C/O Republic Bank,    PO Box 70383,    Philadelphia, PA 19176-0383
14523212      +Wells Fargo Bank NA,    Mac F8234f-02f,    Po Box 10438,    Des Moines, IA 50306-0438
14528970       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Aug 22 2020 04:13:39     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 22 2020 04:13:09
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 22 2020 04:13:36     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

___

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2020                                                Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2020 at the address(es) listed below:
```
              JEANNE MARIE CELLA    on behalf of Debtor Marilyn J Crowell paralegal@lawjmc.com,
               pennduke@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION
               bkgroup@kmllawgroup.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 4
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Marilyn J Crowell
    Debtor(s)

Case No: 20−13138−elf
Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 9/15/20 at 10:00 AM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107


For The Court

Timothy B. McGrath
Clerk of Court