## UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Marilyn Crowell | : | |
| | : | **Bankruptcy No:  20-12838** |
| | : | **Chapter 13** |
| Debtor | : | |

### NOTICE OF APPLICATION FOR COMPENSATION

Notice is hereby given to all interested parties Jeanne Marie Cella, Esquire, counsel for the Debtors, has filed an Application seeking compensation of **$4**,000.00 for the firm's services in this case. Any Objections to this Application must be filed and served upon us within twenty-one (21) days from September 15, 2020, on or before which date the Application was filed. A copy of the Application is provided to the Trustee, the United States Trustee, and the Debtors. Other interested parties can obtain a copy on request.

Respectfully submitted,

*/s/ Jeanne Marie Cella, Esquire*
Jeanne Marie Cella, Esquire

Dated:  September 15, 2020