**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Marilyn Crowell** | : | Chapter 13 |
| | : | |
| **Debtor** | : | Bky. No. 2 0 - 1 3 1 3 8 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan **(Doc. #38 )**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's 2nd Amended Chapter 13 Plan **(Doc. #37 )** is **APPROVED**.

**Date:**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**