# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter |
| | : | |
| Marilyn J Crowell | : | |
| Debtor(s) | : | Bankruptcy No. 20-13138-ELF |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor ;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $13,434.50 has been filed in your name by counsel for the debtor on 5/3/2022.

Dated: May 4, 2022

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Virginia S. De Buvitz
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)