# United States Bankruptcy Court
## Eastern District of Pennsylvania

In RE: **Marilyn Crowell**　　　　　　　　　　: Case No: **20-13138**
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Debtor　　　　　　　　　　: Chapter 13

### CERTIFICATION OF SERVICE

IT IS HEREBY CERTIFIED, that on June 6, 2022, a true and correct copy of Debtor's **4th Amended Chapter 13 Plan** was served upon the parties listed below, in the above captioned matter, in the manner listed below:

| Party | Method |
|---|---|
| Kenneth West, Esquire<br>Chapter 13 Standing Trustee<br>111 S Independence Mall, Ste 583<br>Philadelphia, PA 19106<br>(Chapter 13 Trustee) | Electronic Mail |
| Marilyn Crowell<br>207 Sunnybrook Rd<br>Springfield, PA 19064 | First Class Mail |
| Office of the United States Trustee<br>833 Chestnut Street, Ste. 501<br>Philadelphia, PA 19107 | Electronic Mail |
| PNC Bank, N.A.<br>PO Box 94982<br>Cleveland, OH 44101 | First Class Mail and Electronic Mail |
| Springfield School District<br>50 Powell Rd<br>Springfield, PA 19064 | First Class Mail and Electronic Mail |
| Delaware County Tax Bureau<br>Government Building, Front St<br>Media, PA 19063 | First Class Mail and Electronic Mail |
| All unsecured creditors on claims register | Electronic Mail |

Respectfully Submitted,

**Jeanne Marie Cella and Associates, LLC**


BY: */s/ Jeanne Marie Cella, Esq.*
    Jeanne Marie Cella, Esquire
    Attorney for Debtor