United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                      Case No. 20-13138-elf

Marilyn J Crowell                                                           Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 19, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol         Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
           regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2022:**

**Recip ID**                **Recipient Name and Address**
db                      +  Marilyn J Crowell, 207 Sunnybrook Rd, Springfield, PA 19064-3241

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2022                        Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2022 at the address(es) listed below:**

**Name**                        **Email Address**

JEANNE MARIE CELLA
                             on behalf of Debtor Marilyn J Crowell paralegal@lawjmc.com  pennduke@gmail.com;r46298@notify.bestcase.com

KENNETH E. WEST
                             ecfemails@ph13trustee.com  philaecf@gmail.com

REBECCA ANN SOLARZ
                             on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

STEPHEN VINCENT BOTTIGLIERI
                             on behalf of Creditor Delaware County Tax Claim Bureau steve@bottiglierilaw.com
                             ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

United States Trustee
                             USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    :        Chapter 13
    MARILYN J. CROWELL,            :
        Debtor                 :        Bky. No.  20-13138 ELF

# O R D E R

    **AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the

Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

    It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Debtor's Amended Chapter 13 Plan (Doc. # 51) is **APPROVED**.


Date: July 19, 2022

                        **ERIC L. FRANK**
                        **U.S. BANKRUPTCY JUDGE**