

PNC Bank
B6-YM14-01-8
P.O. Box 1820
Dayton, OH 45401-1820

Customer Service Contact Information:
PNC Mortgage, B6-YM07-01-7
PO Box 1820
Dayton, OH 45401-1820
1-800-822-5626

11/29/2022

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

900 Market Street Suite 400
Philadelphia, PA - 19107

Debtor Marilyn J Crowell

Case Number 20-13138

Dear Bankruptcy Court:

Marilyn J Crowell is the mortgagor on PNC Mortgage loan xxxxxx 1635

Please withdraw the Notice of Mortgage Payment Change that was filed on 11/29/2022 as it was filed in error.

If there are any questions concerning this request please feel free to contact me at

1-866-754-0659. Thank you in advance for your assistance in this matter.

Sincerely,

/s/ Jodi Porter

Bankruptcy Specialist