*Form 237* (3/23)–doc 62

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| Marilyn J Crowell ) | Case No. 20–13138–mdc |
| ) | |
| Debtor(s). ) | |
| ) | Chapter: 13 |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor Springfield School District;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ $12,245.30 has been filed in your name by on 4/26/2023.

Date: April 27, 2023                                             For The Court

                                                                Timothy B McGrath
                                                                Clerk of Court