UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Marilyn Crowell : Bankruptcy No. 20-13138

        Debtor : Chapter 13

## ORDER

AND NOW, this _____ day of _____ , 20__, upon consideration of Debtor's Motion for Post-Confirmation Modification of Chapter 13 Plan, it is hereby ORDERED that said Motion shall be GRANTED.

IT IS FURTHER ORDERED THAT Debtor's Modified 7th Amended Chapter 13 Plan shall be confirmed.

**BY THE COURT:**

_____
Honorable Magdeline D Coleman
Chief Judge
United States Bankruptcy Court