UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Marilyn Crowell : Bankruptcy No. 20-13138

       Debtor : Chapter 13

## ORDER

AND NOW, this 26th day of May, 2023, upon consideration of Debtor's Motion for Post-Confirmation Modification of Chapter 13 Plan, it is hereby ORDERED that said Motion shall be GRANTED.

IT IS FURTHER ORDERED THAT Debtor's Modified 7th Amended Chapter 13 Plan shall be confirmed.

                                                BY THE COURT:

                                                _____
                                                Honorable Magdeline D Coleman
                                                Chief Judge
                                                United States Bankruptcy Court