# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Marilyn J Crowell <u>Debtor(s)</u> | CHAPTER 13 |
| PNC BANK, NATIONAL ASSOCIATION <u>Movant</u> vs. | NO. 20-13138 PMM |
| Marilyn J Crowell <u>Debtor(s)</u> | |
| Kenneth E. West Esq. <u>Trustee</u> | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this <u>  7th  </u> day of <u>May</u>, 2024 at Philadelphia, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

*Patricia M. Mayer*

———————————————

Hon. Patricia M. Mayer
United States Bankruptcy Judge