**Jeanne Marie Cella and Associates, LLC**
**BY: Jeanne Marie Cella, Esquire**
**221 N Olive ST**
**Media, PA 19063**
(610) 505-0541                                                                                          Attorney for: Debtor

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re: Marilyn Crowell                                                       : No. 20-13138

        Debtor(s)                                                        : Chapter 13

## SUGGESTION OF DEATH

TO THE CLERK OF COURT:

AND NOW, this 24th day of July, 2024, it is suggested of record that Debtor, Sally Berkes, died on December 22, 2023.

        JEANNE MARIE CELLA & ASSOC, LLC

        /s/ Jeanne Marie Cella, Esq.
        **Jeanne Marie Cella, Esquire**
        Counsel for Debtors

Dated: July 24, 2024