**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: **Marilyn Crowell** | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No. **20-13138** |

**PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw debtor's **Suggestion of Death** filed on, July 24, 2024, Docket Entries 87.

Respectfully Submitted,

**Jeanne Marie Cella and Associates, LLC**

BY: */s/ Jeanne Marie Cella, Esquire*
Jeanne Marie Cella, Esquire

Dated: July 25, 2024