**Jeanne Marie Cella and Associates, LLC**
**BY: Jeanne Marie Cella, Esquire**
**221 N Olive ST**
**Media, PA 19063**
(610) 505-0541                                                              Attorney for: Debtor

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re: Marilyn Crowell                                              : No. 20-13138

            Debtor(s)                                                  : Chapter 13

### SUGGESTION OF DEATH

TO THE CLERK OF COURT:

AND NOW, this 24th day of July, 2024, it is suggested of record that

Debtor, Marilyn Crowell, died on December 22, 2023.


                                        **JEANNE MARIE CELLA & ASSOC, LLC**


                                        */s/ Jeanne Marie Cella, Esq.*
                                        **Jeanne Marie Cella, Esquire**
                                        Counsel for Debtors

Dated: July 24, 2024