United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 20-13138-pmm

Marilyn J Crowell                                                              Chapter 13

　　　Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Sep 12, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol　　　Definition**

+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2024:**

**Recip ID　　　　　　Recipient Name and Address**
db                          +  Marilyn J Crowell, 207 Sunnybrook Rd, Springfield, PA 19064-3241

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2024                              Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed below:**

**Name                              Email Address**

DENISE ELIZABETH CARLON
                          on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

JEANNE MARIE CELLA
                          on behalf of Debtor Marilyn J Crowell paralegal@lawjmc.com r46298@notify.bestcase.com;pennduke@gmail.com

KENNETH E. WEST
                          ecfemails@ph13trustee.com philaecf@gmail.com

STEPHEN VINCENT BOTTIGLIERI
                          on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com ToscaniStathesZoellerLLC@jubileebk.net

United States Trustee
                          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| IN RE: | : | **CHAPTER 13** |
| **Marilyn Crowell** | : | |
| | : | **NO.   20-13138** |
| | : | |
| | : | |

## ORDER

**AND NOW,** this __12th__ day of __September_____, 20 __24__, upon

consideration of the Motion to Sell Real Property filed by Debtor, upon notice to all interested

parties, and any response thereto, it is hereby

**ORDERED,** that debtor is authorized to sell his/her real property located at 207

Sunnybrook Rd, Springfield, PA 19064 ("Property"), with all liens to be paid at closing, for the

sale price of $ 360,000.00, pursuant to the terms of a certain real estate agreement of sale dated

___June 19, 2024_ to the buyer(s) thereunder, _Chong Ying Lin__ ("Buyer"), who have been

represented to be purchasing the Property at arms-length.

The proceeds from the real estate sale, paid into the Chapter 13 Plan, will result in

distribution of the prorata payment to all allowed unsecured claims.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of

the Buyer, shall be distributed in the following manner:

1. Ordinary and reasonable settlement costs, including, but not limited to those
related to notary services, deed preparation, disbursements, express shipping,
surveys, municipal certifications, or any other such routine matters.

2. Liens paid at closing including any amounts outstanding on the mortgage.

   PNC $177,571.60

3. Real estate taxes, sewer, trash and/or other such items.
$12,387.87

4.  Property repairs, if any.
    $7,335.00

5.  Real estate commission, at no greater than 6%.
    $18,475.00

6.  Real Estate Transfer Taxes.

7.  Attorneys' fees.

    $1,924.00

8.  Any small (less than $300) allowances agreed to be made to Buyer to settle any
    unforeseen dispute arising at settlement.

9.  Inheritance Tax for state of Pennsylvania

    $11,206.58

10. Kenneth West, Chapter 13 Trustee $   40,000.00

11. Any other necessary expenses to allow the sale to close.

This Order is contingent upon the mortgage lien(s) held by __PNC__ (POC #_6____) or

its assigns being paid in full at closing pursuant to a proper payoff quote

obtained prior to and good through the closing date; or any short payoff shall be approved by

PNC; and Debtor shall have ninety (90) days from entry of

this Order to sell the Property.

Any judgments and liens shall be paid at closing in amounts necessary to provide the

buyer with clear title.

Upon receipt of payment, any creditor(s), paid at closing shall withdraw or amend its

proof of claim within 30 days.

The Standing Chapter 13 Trustee, Kenneth West, is authorized to adjust the percentage to

unsecured creditors based on the funds received in accordance with 11 USC §1329.

The balance of sales proceeds after all the above distributions shall be paid to the

Debtor(s) $96,045.38, as sole owner(s) of the property.

ORDERED that this Order shall constitute an order permitting the Debtor(s) to make

disbursements at or immediately after settlement as provided herein above.

The title clerk shall email settlementsheet@ph13trustee.com    a completed HUD-1 or

settlement sheet from the closing directly to the trustee immediately upon the close of the

settlement, and the trustee shall promptly notify the title company of his approval or objections

to the sums to be disbursed. Upon trustee approval, the title clerk shall email fax a copy of the

disbursement check to the trustee and shall immediately transmit the actual disbursement check

to the trustee by overnight courier.

Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.

BY THE COURT:

*Patricia M. Mayer*

_____

HONORABLE PATRICIA M MAYER

**Date: September 12, 2024**    U.S. BANKRUPTCY JUDGE