United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-13138-pmm
Marilyn J Crowell  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Oct 28, 2024  Form ID: 138OBJ  Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marilyn J Crowell, 207 Sunnybrook Rd, Springfield, PA 19064-3241 |
| 14523207 | | Delaware County Tax Claim Bureau, Government Ctr Bldg, Front St, Media, PA 19063 |
| 14573649 | + | Delaware County Tax Claim Bureau, c/o Stephen V. Bottiglieri, Esq., 230 N. Monroe Street, Media PA 19063-2908 |
| 14523211 | + | Springfield School District, 50 Powell Rd., Springfield, PA 19064-2498 |
| 14679560 | + | Stephen V. Bottiglieri, Esquire, 230 N. Monroe Street, Media, PA 19063-2908 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 29 2024 00:06:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 29 2024 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14523205 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 29 2024 00:05:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14537910 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 29 2024 00:05:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14523206 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 29 2024 00:33:57 | Citi/L.L. Bean, Attn: Bankruptcy, Po Box 6742, Sioux Falls, SD 57117-6742 |
| 14547711 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 29 2024 00:15:14 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14776923 | + | Email/Text: duffyk@co.delaware.pa.us | Oct 29 2024 00:06:00 | Delaware County Tax Claim Bureau, Government Center Building, 201 W. Front Street, Media, PA 19063-2708 |
| 14524131 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 29 2024 00:05:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 14523208 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 29 2024 00:05:00 | First National Bank of Omaha, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |
| 14526704 | ^ | MEBN | Oct 28 2024 23:49:47 | PNC BANK NATIONAL ASSOCIATION, C/O KML Law Group, Rebecca A Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14523209 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 29 2024 00:05:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14536019 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 29 2024 00:05:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14523210 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 29 2024 00:05:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 28, 2024 | Form ID: 138OBJ | Total Noticed: 20 |

| 14523212 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 29 2024 00:14:49 | Dayton, OH 45401<br>Wells Fargo Bank NA, Mac F8234f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 14528970 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 29 2024 00:13:17 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| JEANNE MARIE CELLA | on behalf of Debtor Marilyn J Crowell paralegal@lawjmc.com r46298@notify.bestcase.com;pennduke@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| STEPHEN VINCENT BOTTIGLIERI | on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com ToscaniStathesZoellerLLC@jubileebk.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)−doc 100 − 99

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Marilyn J Crowell )    Case No. 20−13138−pmm
)
)
    Debtor(s). )    Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 28, 2024                                          For The Court

                                                                                                                Timothy B. McGrath
                                                                                                                Clerk of Court