**Jeanne Marie Cella and Associates, LLC**
**BY:  JEANNE MARIE CELLA, ESQUIRE**
**221 N Olive St**
**Media, PA 19063**
**Telephone: (610) 505-0541**                                                            **Attorney for Debtors**

---

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Marilyn Crowell, Deceased | : | Chapter 13 |
| Debtor | : | Bky. No. 20-13138 |

### **PRAECIPE FOR CHANGE OF ADDRESS**

TO THE CLERK:

　　Please change debtors, Marilyn Crowell's address on the court record, as follows:

> c/o Michael Mattson, Esq
> Musi, Merkins, Daubenberger,& Clark, LLC
> 21 W 3rd St
> Media, PA 19063

　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　Jeanne Marie Cella and Associates, LLC


　　　　　　　　　　　　　　　　　　**BY:**/s/: Jeanne Marie Cella, Esq
　　　　　　　　　　　　　　　　　　**Jeanne Marie Cella, Esquire**
　　　　　　　　　　　　　　　　　　Attorney for Debtor

Date:  November 14, 2024