Fill in this information to identify the case:

Debtor 1     Marilyn J Crowell

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case Number   20-13138

Official Form 410S1
## Notice of Mortgage Payment Change                                        12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor**: PNC Bank, N.A.            **Court claim no.** (if known): 6

**Last four digits** of any number you
use to identify the debtor's account: 1635

**Date of payment change:**
Must be at least 21 days after date        03/23/2024
of this notice

**New total payment:**                       $1689.25
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
        Describe the basis for the change. If a statement is not attached, explain why:_____
        _____

        Current escrow payment: $_____        New escrow payment: $_____

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment based on an adjustment to the interest rate in the debtor's variable-rate note?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice
        is not attached, explain why:_____
        _____

        Current interest rate:                              New interest rate:

        Current principal and interest payment:             New principal and interest payment:

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification
        agreement. *(Court approval may be required before the payment change can take effect.)*

        Reason for change:  Daily Simple Interest Accrual for Billing Period

        **Current mortgage payment**: 1690.54        **New mortgage payment**: 1689.25

Debtor 1    Marilyn J Crowell
         First Name    Middle Name    Last Name

Case number (if known) 20-13138

| Part 3: | Sign Here |

**The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

*Check the appropriate box.*

☒ I am the creditor.

. ☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Vicki Pringle
     Signature

Date 02/28/2024

Print:    Vicki Pringle      Title:    Support Specialist

Company    PNC Bank, National Association

Address:    P.O. Box 94982
            Number    Street

            Cleveland, OH 44101-0570
            City    State    ZIP Code

Contact Phone: 1-800-642-6323 Ext.

Email: Bankruptcy.administration.internal@pnc.com

Official Form 410S1        **Notice of Mortgage Payment Change**        page 2

UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

(Philadelphia)

| IN RE: Marilyn J Crowell | Case No. 20-13138 <br> Judge    Magdeline D. Coleman <br> Chapter   13 |
|---|---|

CERTIFICATE OF SERVICE OF
Notice of Mortgage Payment Change

  I, the undersigned, hereby certify that, on February 28, 2024, a true and correct copy of the Notice of Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: JEANNE MARIE CELLA
Trustee: KENNETH E. WEST
Office of the United States Trustee

  Further, I certify that, on February 28, 2024, a true and correct copy of the Notice of Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the address shown below:

Marilyn J Crowell    207 Sunnybrook Rd Springfield, PA 19064

                   By: /s/ Vicki Pringle
                   Vicki Pringle
                   PNC Bank, N.A.
                   PO Box 94982
                   Cleveland OH 44101
                   855-245-3814